CATHERINE E. LISTER, complainant-respondent,

*v.*

NATHAN VOGEL et al., defendants-appellants.

[Argued May 26th, 1931.  Decided February 1st, 1932.]

38

*Messrs. Cook & Stout* and *Mr. Merritt Lane,* for the appellants.

*Messrs. Gerand, Matlack & Lautman,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the conclusions of Vice-Chancellor Berry.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.